UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14013-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

TIMOTHY HOWARD SPRIGGS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 23, 2010. A Report and Recommendation was filed on March 30, 2010, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges that the Defendant did knowingly receive a visual depiction, which had been shipped or transported in interstate and foreign commerce, by any means, including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, in violation of Title 18, United States Code, Section 2252(a)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of April, 2010.

                    JOSE E. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office