UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-14013-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,
vs.

TIMOTHY HOWARD SPRIGGS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a hearing on the pending Petition for Offender under Supervision ("Petition") [DE No. 126] before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on June 25, 2020. A Report and Recommendation was filed on August 19, 2020, [DE No. 143], recommending that the Defendant's admission to Violation Number 1 as set for in the Petition be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 143] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Number 1 as set forth in the Petition, charging him with **Violation of Special Condition**, by failing to participate in a sex offender treatment program. On or about May 28, 2020, the defendant was unsuccessfully discharged by REACH, Clinical & Forensic Institute, as evidenced by the letter of unsuccessful discharge from treatment dated May 28, 2020.

Sentencing will be set in this matter by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of September, 2020.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office