UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 10-CR-14013-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

TIMOTHY HOWARD SPRIGGS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Prob 12C") filed by the United States Probation Office **[ECF No. 148]** on August 10, 2023.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on August 30, 2023 **[ECF No. 153]**. A Report and Recommendation was filed on September 5, 2023, recommending that the Defendant's admission of guilt as to Violation 1 of the Prob 12C be accepted **[ECF No. 156]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 156]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violation 1 of the Prob 12C. Violation 1 charges Defendant with failure to participate in Sex Offender Treatment on or about July 31, 2023, the date the Defendant was discharged unsuccessfully from B & K Counseling Services' Sex Offender Treatment Program for noncompliance with treatment participation expectations and failure to

progress. Therefore, Defendant has been found to violate one of the special conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Thursday, November 9, 2023, at 12:00 p.m.**, before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams Sr., United States Courthouse, 101 North U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 20 day of September, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office